DAVIDSON COLLEGE
Davidson, North Carolina 28036
Office of the Registrar

## Explanation of Transcript

If the information below does not provide adequate explanation of institutional practices over a number of years, please communicate with the Registrar's Office directly.

### Curriculum Prior to 1968

1. TWO SEMESTERS, 16 weeks each, with 45 class meetings per course, excluding examinations.
2. Credit by SEMESTER HOURS, varying from 1 to 4 per course.
3. NORMAL COURSE LOAD: 12 to 18 hours per semester, 24 to 36 hours per year.
4. General GRADUATION REQUIREMENTS: 124 semester hours, 124 quality points.
5. Grading system as follows:

| Grades and Numerical Equivalent | Grade Points per Semester Hour | Quality Points per Semester Hour |
|---|---|---|
| A+ 97.5-100 | 3.5 | 3 |
| A 97.49-99 | 3.0 | 3 |
| B+ 90-94 | 2.5 | 2 |
| B 85-89 | 2.0 | 2 |
| C+ 80-84 | 1.5 | 1 |
| C 75-79 | 1.0 | 1 |
| D 70-74 | .5 | -0- |
| R Re-exam | -1.0 | -0- |
| F Below 70 | -2.0 | -0- |

### Curriculum Since 1968

1. THREE TERMS, 10 weeks each, with 30 available class periods per course and four days for examinations.
2. Credit by COURSE, with all courses carrying 1 course credit (valued by us at 4 semester or 6 quarter hours). Note that certain courses in Applied Music and Military Science are not regular credit courses.
3. NORMAL COURSE LOAD: 3 courses each term (except in 1968-70 when the Spring term load was 2 courses plus a required non-credit independent study).
4. General GRADUATION REQUIREMENTS: 36 courses (adjusted from 32, 33, 34, or 35 as certain non-credit independent work of 1968-70 was incorporated as credit work) with 72 grade points on those 36 courses.
5. Grading system as follows:

(1968-71)

| Grades and Numerical Equivalent | Grade Points per Course | Quality Points per Course |
|---|---|---|
| A+ 95-100 | 4.5 | 4 |
| A 90-94 | 4.0 | 4 |
| B+ 85-89 | 3.5 | 3 |
| B 80-85 | 3.0 | 3 |
| C+ 75-79 | 2.5 | 2 |
| C 70-74 | 2.0 | 2 |
| D+ 65-69 | 1.5 | 1 |
| D 60-64 | 1.0 | 1 |
| F Below 60 | -0- | -0- |
| NG No Grade | -0- | -0- |

* Not used in computing grade point average
** During 1970-73, the P grade in Honors College gave 3 grade points—not computed in average.

(Since September 1971)

| Grades (There are no uniform numerical equivalents) | Grade Points per Course |
|---|---|
| A Excellent | 4.0 |
| B+ Very Good | 3.5 |
| B Good | 3.0 |
| C+ Very Satisfactory | 2.5 |
| C Satisfactory | 2.0 |
| D Poor | 1.0 |
| F Failure | -0- |
| P* Pass (pass-fail) | 2.0** |
| F1* Failure (pass-fail) | -0- |
| H* Honors | 4.0 |
| I* Incomplete | -0- |
| WA* Authorized Withdrawal | -0- |

The following are symbols related to grades:

- NG no grade received from professor
- UG ungraded credit
- r following grade: course repeated; loss of credit, but grade computed in GPA
- w following grade: credit removed because Humanities program not completed; grade

The "credit type" column shows credit source:

- D earned at Davidson College
- DS earned during Davidson Summer Session
- J Davidson's Junior Year Abroad Program
- T Transferred from an accredited college
- AP CEEB Advanced Placement
- C Charlotte Area Education Consortium

STND1073-01831

McDowell, Exh. 1, pg.1

# DAVIDSON COLLEGE DAVIDSON, NORTH CAROLINA 28036

Name MCDOWELL, THEODORE NOYES
Preparatory School Westminster, Atlanta, Ga.
Address on Entrance 4040 East Brookhaven, Atlanta, Georgia 30319
Entrance Units 17
English 4 Math 3
Spanish 3 Biology 1
History 2 Misc. 4
Date of Birth April 2, 1957 Place of Birth Washington, D. C.
Parent or Guardian Mr.& Mrs. Theodore N. McDowell Church Christian
Date of Entrance September 10, 1975 Classification on Entrance Freshman Major English Student Number 471700

| Year | Dept. | Course Number | Description of Course | Grades Fall Term | Grades Winter Term | Grades Spring Term | Courses | Grade Points |
|---|---|---|---|---|---|---|---|---|
| 1975-76 | GRE | 1 | Beginning Greek | B+ | – | – | 1 | 3.5 |
| | HUM | 111-112-113 | West.Trad.to the Ren. | A | A | B+ | 3 | 11.5 |
| | REL | 132 | Theology of Paul | A | – | – | 1 | 4.0 |
| | GRE | 2 | Intermediate Greek | – | B | – | 1 | 3.0 |
| | MAT | 23 | Statistics and Computers | – | B+ | – | 1 | 3.5 |
| | GRE | 121 | Readings on Socrates | – | – | B | 1 | 3.0 |
| | MUS | 121 | Introduction to Music | – | – | C+ | 1 | 2.5 |
| | | | | | | | 9 | 31.0 |
| 1976-77 | ENG | 101 | English Literature to Milton | B+ | – | – | 1 | 3.5 |
| | HUM | 121-122-123 | West. Trad. From Ren. | B+ | B | A | 3 | 10.5 |
| | PHY | 23 | Astronomy | B | – | – | 1 | 3.0 |
| | ENG | 131 | Victorian Literature | – | A | – | 1 | 4.0 |
| | REL | 122 | Hebrew Prophets | – | A | – | 1 | 4.0 |
| | ENG | 142 | Amer. Fiction 20th Century | – | – | B | 1 | 3.0 |
| | POL | 175 | American Foreign Policy | – | – | SP | 1 | 2.0 |
| | | | | | | | 9 | 30.0 |
| 1977-78 | CHE | 21 | Science of Chemistry | B | [illegible] | – | 1 | 3.0 |
| | ENG | 214 | Donne Spenser | B+ | [illegible] | – | 1 | 3.5 |
| | FRE | 1 | Basic French | A | [illegible] | – | 1 | 4.0 |
| | ENG | 104 | American Lit. before 1870 | – | B | – | 1 | 3.0 |
| | ENG | 171 | Creative Writing | – | A | – | 1 | 4.0 |
| | FRE | 10 | Elementary French | – | B | – | 1 | 3.0 |
| | ENG | 295 | Independent Study | – | – | B+ | 1 | 3.5 |
| | ENG | 301 | Extended Studies | – | – | P | 1 | 2.0 |
| | FRE | 20 | Intermediate French | – | – | C | 1 | 2.0 |
| | | | | | | | 9 | 28.0 |
| 1978-79 | ENG | 234 | Yeats | C | – | – | 1 | 2.0 |
| | ENG | 296 | Ind. Creative Writing | A | – | – | 1 | 4.0 |
| | PHI | 110 | Existentialism | B | – | – | 1 | 3.0 |
| | ENG | 112 | Shakespeare | – | B | – | 1 | 3.0 |
| | ENG | 235 | Engl. Lit. Great War | – | B | – | 1 | 3.0 |
| | SOC | 110 | Human Origins | – | B | – | 1 | 3.0 |
| | ENG | 295 | Independent Study | – | – | C+ | 1 | 2.5 |
| | ENG | 499 | Comprehensive Exam for Sr. | – | – | P | 1 | 2.0 |
| | PSY | 101 | General Psychology | – | – | A | 1 | 4.0 |
| | PSY | 102 | Introduction to Personality | – | – | B+ | 1 | 3.5 |
| | | | | | | | 10 | 30.0 |
| SS 1979 | PSY | 131 | Abnormal Psychology | – | – | A | 1 | 4.0 |
| | PSY | 231 | Advanced Abnormal Psychology | – | – | A | 1 | 4.0 |
| | | | | | | | 2 | 8.0 |

ULTRA
RECEIVED MAR 1 6 2005
Employee Benefits - LTD

**GRADING SYSTEM**

| Grade | Description | Grade Points |
|---|---|---|
| A | Excellent | 4.0 |
| B+ | Very Good | 3.5 |
| B | Good | 3.0 |
| C+ | Very Satisfactory | 2.5 |
| C | Satisfactory | 2.0 |
| P | Pass | 2.0 |
| D | Poor | 1.0 |
| F | Failing | 0 |

I Incomplete
WA Authorized Withdrawal

REQUIRED FOR GRADUATION
36 Courses
72 Grade Points

This is an academic record only and does not reflect any conduct status of Theodore Noyes McDowell

who received the A. B. Degree May 27, 19 79

Signature of Registrar

# EMORY UNIVERSITY

OFFICE OF THE REGISTRAR • ATLANTA, GA 30322

Full Transcript

Name: McDowell, Theodore Noyes
Student ID: 0735558 [illegible]
Campus ID: 81364 [illegible]
Print Date: 2005-04-27
SSN: [illegible]1057

Send To: McDowell, Theodore Noyes
3956 Harbor Mill Lane
Atlanta, GA 30319

RECEIVED
MAR [illegible] 2006
Employee Benefits LTD

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND. REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED.

C.R. Nicolaysen, University Registrar

STND1073-01829

# KEY TO TRANSCRIPT (1950 -)
## EMORY UNIVERSITY
### Office of the Registrar
### Atlanta, GA 30322

## EXPLANATION OF GRADING SYSTEMS

**ALL SCHOOLS:**

| | |
|---|---|
| AU/AUD | Audit |
| I | Incomplete |
| IF | Incomplete/Failure |
| IU | Incomplete/Unsatisfactory |
| P | Work in Progress |
| S | Satisfactory |
| U | Unsatisfactory |
| W | Withdrew |
| WF | Withdrew failing |
| WU | Withdrew unsatisfactory |
| ? | Grade not submitted by instructor |

### A. EMORY COLLEGE, OXFORD COLLEGE, BUSINESS SCHOOL

**1950-1961** -- Quarter system: 3-point grading system; grades A, B, C, D. D received no credit.

**1962-1967** -- Quarter system: 4-point grading system: W and F initiated.

**1967-1981** -- Quarter system; 4-point grading system; S/U option adopted (credit but no quality points for S, no credit and no points for U).

**Fall 1981-Spring 1982** - Quarter system; plus/minus grading system adopted in Emory College:

| | | | |
|---|---|---|---|
| A = 4 points | B = 3 points | C = 2 points | D = 1 point |
| A- = 3.7 points | B- = 2.7 points | C- = 1.7 points | F = 0 points |
| B+ = 3.3 points | C+ = 2.3 points | D+ = 1.3 points | |

**Summer 1982** -- Changed to semester system; grading system unchanged.

**Fall 1982** -- Semester system; Business School adopted plus/minus grading system; Emory College and Oxford College grading systems unchanged.

**Summer 1988** -- Master of Business Administration - Grading system changed to:
DS = Distinction; HP = High Performance,
PS = Performance Standard, LP = Low Performance,
NC = No Credit. No quality points or GPA, only hours attempted and earned. Bachelor of Business Administration, Emory College and Oxford College grading systems unchanged.

**Fall 1992** -- Oxford College adopted plus/minus grading system.

### B. ALLIED HEALTH

**1970-Spring 1982** -- Division established under the administration of the School of Medicine to provide training for professionals - - other than physicians, nurses, and dentists -- involved in health care. Quarter system; 4-point grading system; grades A, B, C, and D received credit; F, W, and WF receive no credit; S/U option allowed for certain courses; P given for work in progress; no GPA.

**Summer 1982** -- Changed to semester system; grading system unchanged.

**Summer 1987** -- Grading system changed; GPA adopted.

### C. GRADUATE ARTS & SCIENCES

**1950-1954** -- Quarter system; grading system: S, C, D, F -- D and F received no credit. S = Superior.

**1955-1963** -- Quarter system; grading system changed to
E = Excellent, G = Good, P = Passing,
U = Unsatisfactory.

**Winter 1964-Summer 1981** -- Quarter system; grading system changed to A = Superior, B = Satisfactory, C = Marginal, F = Unsatisfactory; no Grade Point Average (GPA).

**Fall 1981-Spring 1982** -- Quarter system; plus/minus grading system adopted without C+, C-, D+, or D.

**Summer 1982** -- Changed to semester system; grading system unchanged.

**Summer 1987** -- Grading system unchanged; GPA adopted.

### D. LAW

**1950-Summer 1955** -- Quarter system; 3-point grading system: A=90-100, B=80-89, C=70-79, D=60-69, F=Below 60; only A, B, and C received quality points (3, 2, and 1, respectively).

**Fall 1955-1958** -- Semester system; grading system unchanged.

**Fall 1958-Summer 1962** -- Semester system; plus/minus grading system: A = 90-100 (3 points) B+ = 86-89 (2.5 points)
C+ = 76-79 (1.5 points) D+ = 66-69 (0.5 points)

**Fall 1962-Summer 1976** -- Quarter system; numerical grading system based on 50 to 100 with no letter grade equivalents.

**1976**-- Semester system; grading system unchanged

**Fall 1998** -- Plus/minus grading system adopted:

| | | | |
|---|---|---|---|
| A+ = 4.3 | A = 4.0 | A- = 3.7 | B+ = 3.3 |
| B = 3.0 | B- = 2.7 | C+ = 2.3 | C = 2.0 |
| C- = 1.7 | D+ = 1.3 | D = 1.0 | D- = .7 |
| F = 0 | | | |

### E. MEDICINE

**1950-Spring 1982** -- Quarter system; 4-point grading system. Grades A, B, C, D, F; grades issued yearly.

**Summer 1982** -- Changed to semester system; grading system unchanged.

Master of Public Health Grades - A, B, C, F.

### F. NURSING

**1950-Spring 1982** -- Quarter system; 4-point grading system, grades A, B, C, D, F. BSN degree transcript accompanied by a Summary of Professional Study.

**1955-1963** -- Graduate Nursing grading system same as Graduate School of Arts & Sciences.

**Summer 1982** -- Changed to semester system; grading system unchanged.

### G. THEOLOGY

**1950-1978** -- Quarter system; 4-point grading system: A, B, C, D, E, F, E = Conditional.

**1979-Summer 1982** -- Semester system; grading system unchanged.

**Fall 1982** -- Semester system; plus/minus grading system adopted.

### NOTE ABOUT COURSE NUMBERS:

When Emory University adopted the semester system during the summer of 1982, courses were renumbered. Please note this when evaluating the transcript of a student enrolled both before and after this change.

100-200 courses were undergraduate in Allied Health, Business, College, Nursing and Oxford through Spring 1982. Effective Summer 1982, these courses were renumbered as 100, 200, 300 and 400 level courses, except for the Nursing School which made this change effective Fall 1982.

300 and 400 courses were graduate level courses in Allied Health, Business, Dental, Graduate Arts and Sciences, Medicine, Nursing and Theology through Spring 1982. Graduate level Theology and Dental (D.D.S. program) remain numbered as 300 and 400 level. The other graduate and professional divisions are renumbered as follows:

500, 600 -- Allied Health, Master of Public Health, Business, effective Summer 1982; Nursing, effective Fall 1982.

500, 600, 700, 900 -- Post-professional Dental courses.

500, 700 -- Graduate Arts and Sciences, effective Summer 1982.

500, 600, 700, 800 -- Medicine (M.D. program), effective Summer 1982. The Law School numbering system remains as 500 to 800 level primarily for the J.D. program and 900 level primarily for the Master of Law program.

**TO TEST FOR AUTHENTICITY:** The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the Institution appearing in white type over the face of the entire document.

EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY

**ADDITIONAL TESTS:** When photocopied, a latent security statement containing the institutional name and the words COPY COPY COPY appear over the face of the entire document. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (404) 727-6042. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!
01111701

SCRIP-SAFE® Security Products, Inc. Cincinnati, OH•U.S. Patent 5,171,040



# EMORY UNIVERSITY

OFFICE OF THE REGISTRAR • ATLANTA, GA 30322

RECEIVED
MAR 18 2008

| Dept | Course | Course Title | Hrs | Grade | Hrs | Points |
|---|---|---|---|---|---|---|
| | | FALL 1984 | | | | |
| [illegible] | 505 | CIVIL PROCEDURE I | 03 | 93 | 03 | 279.0 |
| LAW | 525 | CRIMINAL LAW | 03 | 89 | 03 | 267.0 |
| LAW | 535A | LEGAL WRITING AND ADVOCACY | 01 | 88 | 01 | 88.0 |
| LAW | 545 | PROPERTY I | 04 | 92 | 04 | 368.0 |
| LAW | 550 | TORTS | 04 | 90 | 04 | 360.0 |
| | | SPRG 1985 | | | | |
| LAW | 500 | BUSINESS ASSOCIATIONS | 04 | 80 | 04 | 320.0 |
| LAW | 505B | CIVIL PROCEDURE II | 03 | 89 | 03 | 267.0 |
| LAW | 520 | CONTRACTS | 04 | 92 | 04 | 368.0 |
| LAW | 531 | LAW AND PSYCHOLOGY | 03 | 93 | 03 | 279.0 |
| LAW | 535B | LEGAL WRITING AND ADVOCACY | 01 | 87 | 01 | 87.0 |
| | | FALL 1985 | | | | |
| LAW | 603A | CONSTITUTIONAL LAW I | 04 | 85 | 04 | 340.0 |
| LAW | 616 | BASIC REAL ESTATE SALES | 03 | 87 | 03 | 261.0 |
| LAW | 747 | LEGAL PROFESSION | 03 | 85 | 03 | 255.0 |
| LAW | 834 | SEM: LAW AND MEDICINE | 02 | 95 | 02 | 190.0 |
| | | SPRG 1986 | | | | |
| LAW | 632 | EVIDENCE | 04 | 93 | 04 | 372.0 |
| LAW | 651 | LABOR LAW | 03 | 99 | 03 | 297.0 |
| LAW | 676 | TRIAL ADVOCACY | 02 | [illegible] | 02 | [illegible] |
| LAW | 700 | ADMINISTRATIVE LAW | 03 | 85 | 03 | 255.0 |
| LAW | 713 | SECURED CREDIT | 03 | 94 | 03 | 282.0 |
| LAW | 885 | EMORY LAW JOURNAL: SECOND YEAR | 02 | 94 | 02 | 188.0 |
| | | FALL 1986 SCHOOL OF LAW | | | | |
| LAW | 640 | FEDERAL INCOME TAX - INDIVIDUALS | 04 | 91 | 04 | 364.0 |
| LAW | 661 | SECURITIES REGULATION | 03 | 91 | 03 | 273.0 |
| LAW | 674 | TRUSTS AND ESTATES | 03 | 86 | 03 | 258.0 |
| LAW | 716 | BANKRUPTCY | 03 | 86 | 03 | 258.0 |

Summary lines (partially legible):

| Level | ERL | ESU | QP | TOT | AVG |
|---|---|---|---|---|---|
| SEM | 15 | 15 | 1362.0 | 15.0 | 90.800 |
| CUM | 15 | 15 | 1362.0 | 15.0 | 90.800 |
| SEM | 15 | 15 | 1321.0 | 15.0 | 88.067 |
| CUM | 30 | 30 | 2683.0 | 30.0 | 89.433 |
| SEM | 12 | 12 | 1046.0 | 12.0 | 87.167 |
| CUM | 42 | 42 | 3729.0 | 42.0 | 88.786 |
| SEM | 15 | 15 | 1394.0 | 15.0 | 92.933 |
| CUM | 57 | 57 | 5123.0 | 57.0 | 89.877 |
| SEM | 13 | 13 | 1153.0 | 13.0 | 88.692 |
| CUM | 70 | 70 | 6276.0 | 70.0 | 89.657 |

EMORY UNIVERSITY

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND — REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED

This officially sealed and signed transcript is printed on blue SCRIP-SAFE security paper with the name of the university printed in white and across the face of the document. A raised seal is not required. When photocopied, a security statement containing the institution name will appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

In accordance with USC 438(6)(4)(B) (The Family Educational Rights and Privacy Act of 1974), you are hereby notified that this information is provided upon the condition that you, your agents or employees, will not permit any other party access to this record without consent of the student. Alteration of this transcript may be a criminal offense.

UNOFFICIAL

C.R. Nicolaysen, University Registrar

STND1073-01827

McDowell, Exh. 1, pg.5

# KEY TO TRANSCRIPT (1950 -)
## EMORY UNIVERSITY
Office of the Registrar
Atlanta, GA 30322

### EXPLANATION OF GRADING SYSTEMS

**ALL SCHOOLS:**

| | |
|---|---|
| AU/AUD | Audit |
| I | Incomplete |
| IF | Incomplete/Failure |
| IU | Incomplete/Unsatisfactory |
| P | Work in Progress |
| S | Satisfactory |
| U | Unsatisfactory |
| W | Withdrew |
| WF | Withdrew failing |
| WU | Withdrew unsatisfactory |
| ? | Grade not submitted by instructor |

**A. EMORY COLLEGE, OXFORD COLLEGE, BUSINESS SCHOOL**

**1950-1961** -- Quarter system; 3-point grading system: grades A, B, C, D. D received no credit.

**1962-1967** -- Quarter system; 4-point grading system; W and F initiated.

**1967-1981** -- Quarter system; 4-point grading system; S/U option adopted (credit but no quality points for S, no credit and no points for U).

**Fall 1981-Spring 1982** - Quarter system; plus/minus grading system adopted in Emory College:

| | | | |
|---|---|---|---|
| A = 4 points | B = 3 points | C = 2 points | D = 1 point |
| A- = 3.7 points | B- = 2.7 points | C- = 1.7 points | F = 0 points |
| B+ = 3.3 points | C+ = 2.3 points | D+ = 1.3 points | |

**Summer 1982** -- Changed to semester system; grading system unchanged.

**Fall 1982** -- Semester system; Business School adopted plus/minus grading system; Emory College and Oxford College grading systems unchanged.

**Summer 1988** -- Master of Business Administration - Grading system changed to:
DS = Distinction; HP = High Performance, PS = Performance Standard, LP = Low Performance, NC = No Credit. No quality points or GPA, only hours attempted and earned. Bachelor of Business Administration, Emory College and Oxford College grading systems unchanged.

**Fall 1992** -- Oxford College adopted plus/minus grading system.

**B. ALLIED HEALTH**

**1970-Spring 1982** -- Division established under the administration of the School of Medicine to provide training for professionals - other than physicians, nurses, and dentists -- involved in health care. Quarter system; 4-point grading system; grades A, B, C, and D received credit; F, W, and WF receive no credit; S/U option allowed for certain courses; P given for work in progress; no GPA.

**Summer 1982** -- Changed to semester system; grading system unchanged.

**Summer 1987** -- Grading system changed; GPA adopted.

**C. GRADUATE ARTS & SCIENCES**

**1950-1954** -- Quarter system; grading system: S, C, D, F -- D and F received no credit, S = Superior.

**1955-1963** -- Quarter system; grading system changed to E = Excellent, G = Good, P = Passing, U = Unsatisfactory.

**Winter 1964-Summer 1981** -- Quarter system; grading system changed to A = Superior, B = Satisfactory, C = Marginal, F = Unsatisfactory; no Grade Point Average (GPA).

**Fall 1981-Spring 1982** -- Quarter system; plus/minus grading system adopted without C+, C-, D+, or D.

**Summer 1982** -- Changed to semester system; grading system unchanged.

**Summer 1987** -- Grading system unchanged; GPA adopted.

**D. LAW**

**1950-Summer 1955** -- Quarter system; 3-point grading system: A=90-100, B=80-89, C=70-79, D=60-69, F=Below 60; only A, B, and C received quality points (3, 2, and 1, respectively).

**Fall 1955-1958** -- Semester system; grading system unchanged.

**Fall 1958-Summer 1962** -- Semester system; plus/minus grading system: A = 90-100 (3 points) B+ = 86-89 (2.5 points) C+ = 76-79 (1.5 points) D+ = 66-69 (0.5 points)

**Fall 1962-Summer 1976** -- Quarter system; numerical grading system based on 50 to 100 with no letter grade equivalents.

**1976**-- Semester system; grading system unchanged

**Fall 1998** -- Plus/minus grading system adopted:

| | | | |
|---|---|---|---|
| A+ = 4.3 | A = 4.0 | A- = 3.7 | B+ = 3.3 |
| B = 3.0 | B- = 2.7 | C+ = 2.3 | C = 2.0 |
| C- = 1.7 | D+ = 1.3 | D = 1.0 | D- = .7 |
| F = 0 | | | |

**E. MEDICINE**

**1950-Spring 1982** -- Quarter system; 4-point grading system, Grades A, B, C, D, F; grades issued yearly.

**Summer 1982** -- Changed to semester system; grading system unchanged.

Master of Public Health Grades - A, B, C, F.

**F. NURSING**

**1950-Spring 1982** -- Quarter system; 4-point grading system, grades A, B, C, D, F. BSN degree transcript accompanied by a Summary of Professional Study.

**1955-1963** -- Graduate Nursing grading system same as Graduate School of Arts & Sciences.

**Summer 1982** -- Changed to semester system; grading system unchanged.

**G. THEOLOGY**

**1950-1978** -- Quarter system; 4-point grading system; A, B, C, D, E, F. E = Conditional.

**1979-Summer 1982** -- Semester system; grading system unchanged.

**Fall 1982** -- Semester system; plus/minus grading system adopted.

**NOTE ABOUT COURSE NUMBERS:**

When Emory University adopted the semester system during the summer of 1982, courses were renumbered. Please note this when evaluating the transcript of a student enrolled both before and after this change.

100-200 courses were undergraduate in Allied Health, Business, College, Nursing and Oxford through Spring 1982. Effective Summer 1982, these courses were renumbered as 100, 200, 300 and 400 level courses, except for the Nursing School which made this change effective Fall 1982.

300 and 400 courses were graduate level courses in Allied Health, Business, Dental, Graduate Arts and Sciences, Medicine, Nursing and Theology through Spring 1982. Graduate level Theology and Dental (D.D.S. program) remain numbered as 300 and 400 level. The other graduate and professional divisions are renumbered as follows:

500, 600 -- Allied Health, Master of Public Health, Business, effective Summer 1982; Nursing, effective Fall 1982.

500, 600, 700, 900 -- Post-professional Dental courses.

500, 700 -- Graduate Arts and Sciences, effective Summer 1982.

500, 600, 700, 800 -- Medicine (M.D. program), effective Summer 1982. The Law School numbering system remains as 500 to 800 level primarily for the J.D. program and 900 level primarily for the Master of Law program.

**TO TEST FOR AUTHENTICITY:** The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY

**ADDITIONAL TESTS:** When photocopied, a latent security statement containing the institutional name and the words COPY COPY COPY appear over the face of the entire document. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (404) 727-6042. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

0111701

SCRIP-SAFE® Security Products, Inc, Cincinnati, OH-U.S. Patent 5,171,040



# EMORY UNIVERSITY

OFFICE OF THE REGISTRAR • ATLANTA, GA 30322

RECEIVED
MAY 16 2006
Employee Benefits LTD

| [illegible] | [illegible] | COURSE TITLE | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| | | SPRG 1987 SCHOOL OF LAW | | | | |
| LAW | 633 | FAMILY LAW | 03 | 91 | 03 | 273.0 |
| LAW | 660 | LAW AND MEDICINE | 02 | 91 | 02 | 182.0 |
| LAW | 676 | URBAN GOVERNMENT AND PLANNING | 04 | 91 | 04 | 364.0 |
| LAW | 780 | REMEDIES | 03 | 92 | 03 | 276.0 |
| LAW | 886 | EMORY LAW JOURNAL - THIRD YEAR | 02 | S | 02 | .0 |
| LAW | 942 | PARTNERSHIP TAXATION | 02 | 86 | 02 | 172.0 |
| [illegible] | [illegible] | [illegible] | [illegible] | PT | [illegible] | AVG |
| SEM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 90.500 |
| CUM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 89.798 |
| GRADUATED WITH DISTINCTION; FIRST HONOR GRADUATE | | | | | | |
| MAY 1987 | | | | | | |

EMORY UNIVERSITY

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND — REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED

This officially sealed and signed transcript is printed on blue SCRIP-SAFE security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied a security statement containing the institution's name will appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

In accordance with USC 438(6)(4)(B) (The Family Educational Rights and Privacy Act of 1974) you are hereby notified that this information is provided upon the condition that you, your agents or employees, will not permit any other party access to this record without consent of the student. Alteration of this transcript may be a criminal offense.

UNOFFICIAL

C.R. Nicolaysen, University Registrar

THIS TRANSCRIPT IS PRINTED ON SECURITY PAPER AND DOES NOT REQUIRE A RAISED SEAL

STND1073-01825

McDowell, Exh. 1, pg.7

**KEY TO TRANSCRIPT (1950 -)**
**EMORY UNIVERSITY**
**Office of the Registrar**
**Atlanta, GA 30322**

## EXPLANATION OF GRADING SYSTEMS

**ALL SCHOOLS:**

| | |
|---|---|
| AU/AUD | Audit |
| I | Incomplete |
| IF | Incomplete/Failure |
| IU | Incomplete/Unsatisfactory |
| P | Work in Progress |
| S | Satisfactory |
| U | Unsatisfactory |
| W | Withdrew |
| WF | Withdrew failing |
| WU | Withdrew unsatisfactory |
| ? | Grade not submitted by instructor |

### A. EMORY COLLEGE, OXFORD COLLEGE, BUSINESS SCHOOL

**1950-1961** — Quarter system; 3-point grading system; grades A, B, C, D. D received no credit.

**1962-1967** — Quarter system; 4-point grading system; W and F initiated.

**1967-1981** — Quarter system; 4-point grading system; S/U option adopted (credit but no quality points for S, no credit and no points for U).

**Fall 1981-Spring 1982** - Quarter system; plus/minus grading system adopted in Emory College:

| | | | |
|---|---|---|---|
| A = 4 points | B = 3 points | C = 2 points | D = 1 point |
| A- = 3.7 points | B- = 2.7 points | C- = 1.7 points | F = 0 points |
| B+ = 3.3 points | C+ = 2.3 points | D+ = 1.3 points | |

**Summer 1982** — Changed to semester system; grading system unchanged.

**Fall 1982** — Semester system; Business School adopted plus/minus grading system; Emory College and Oxford College grading systems unchanged.

**Summer 1988** — Master of Business Administration - Grading system changed to:
DS = Distinction; HP = High Performance,
PS = Performance Standard, LP = Low Performance,
NC = No Credit. No quality points or GPA, only hours attempted and earned. Bachelor of Business Administration, Emory College and Oxford College grading systems unchanged.

**Fall 1992** — Oxford College adopted plus/minus grading system.

### B. ALLIED HEALTH

**1970-Spring 1982** — Division established under the administration of the School of Medicine to provide training for professionals - - other than physicians, nurses, and dentists -- involved in health care. Quarter system; 4-point grading system; grades A, B, C, and D received credit; F, W, and WF receive no credit; S/U option allowed for certain courses; P given for work in progress; no GPA.

**Summer 1982** — Changed to semester system; grading system unchanged.

**Summer 1987** — Grading system changed; GPA adopted.

### C. GRADUATE ARTS & SCIENCES

**1950-1954** — Quarter system; grading system: S, C, D, F — D and F received no credit. S = Superior.

**1955-1963** — Quarter system; grading system changed to E = Excellent, G = Good, P = Passing, U = Unsatisfactory.

**Winter 1964-Summer 1981** — Quarter system; grading system changed to A = Superior, B = Satisfactory, C = Marginal, F = Unsatisfactory; no Grade Point Average (GPA).

**Fall 1981-Spring 1982** — Quarter system; plus/minus grading system adopted without C+, C-, D+, or D.

**Summer 1982** — Changed to semester system; grading system unchanged.

**Summer 1987** — Grading system unchanged; GPA adopted.

### D. LAW

**1950-Summer 1955** — Quarter system; 3-point grading system: A=90-100, B=80-89, C=70-79, D=60-69, F=Below 60; only A, B, and C received quality points (3, 2, and 1, respectively).

**Fall 1955-1958** — Semester system; grading system unchanged.

**Fall 1958-Summer 1962** — Semester system; plus/minus grading system: A = 90-100 (3 points) B+ = 86-89 (2.5 points) C+ = 76-79 (1.5 points) D+ = 66-69 (0.5 points)

**Fall 1962-Summer 1976** — Quarter system; numerical grading system based on 50 to 100 with no letter grade equivalents.

**1976**— Semester system; grading system unchanged

**Fall 1998** — Plus/minus grading system adopted:

| | | | |
|---|---|---|---|
| A+ = 4.3 | A = 4.0 | A- = 3.7 | B+ = 3.3 |
| B = 3.0 | B- = 2.7 | C+ = 2.3 | C = 2.0 |
| C- = 1.7 | D+ = 1.3 | D = 1.0 | D- = .7 |
| F = 0 | | | |

### E. MEDICINE

**1950-Spring 1982** — Quarter system; 4-point grading system. Grades A, B, C, D, F; grades issued yearly.

**Summer 1982** — Changed to semester system; grading system unchanged.

Master of Public Health Grades - A, B, C, F.

### F. NURSING

**1950-Spring 1982** — Quarter system; 4-point grading system, grades A, B, C, D, F. BSN degree transcript accompanied by a Summary of Professional Study.

**1955-1963** — Graduate Nursing grading system same as Graduate School of Arts & Sciences.

**Summer 1982** — Changed to semester system; grading system unchanged.

### G. THEOLOGY

**1950-1978** — Quarter system; 4-point grading system: A, B, C, D, E, F. E = Conditional.

**1979-Summer 1982** — Semester system; grading system unchanged.

**Fall 1982** -- Semester system; plus/minus grading system adopted.

### NOTE ABOUT COURSE NUMBERS:

When Emory University adopted the semester system during the summer of 1982, courses were renumbered. Please note this when evaluating the transcript of a student enrolled both before and after this change.

100-200 courses were undergraduate in Allied Health, Business, College, Nursing and Oxford through Spring 1982. Effective Summer 1982, these courses were renumbered as 100, 200, 300 and 400 level courses, except for the Nursing School which made this change effective Fall 1982.

300 and 400 courses were graduate level courses in Allied Health, Business, Dental, Graduate Arts and Sciences, Medicine, Nursing and Theology through Spring 1982. Graduate level Theology and Dental (D.D.S. program) remain numbered as 300 and 400 level. The other graduate and professional divisions are renumbered as follows:

500, 600 — Allied Health, Master of Public Health, Business, effective Summer 1982; Nursing, effective Fall 1982.

500, 600, 700, 900 — Post-professional Dental courses.

500, 700 — Graduate Arts and Sciences, effective Summer 1982.

500, 600, 700, 800 — Medicine (M.D. program), effective Summer 1982. The Law School numbering system remains as 500 to 800 level primarily for the J.D. program and 900 level primarily for the Master of Law program.

**TO TEST FOR AUTHENTICITY:** The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY

**ADDITIONAL TESTS:** When photocopied, a latent security statement containing the institutional name and the words COPY COPY COPY appear over the face of the entire document. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (404) 727-6042. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

011117001

SCRIP-SAFE® Security Products, Inc. Cincinnati, OH•U.S. Patent 5,171,040



# EMORY UNIVERSITY

OFFICE OF THE REGISTRAR • ATLANTA GA 30322

EXPLANATION OF THE GRADING SYSTEM AT THE EMORY UNIVERSITY SCHOOL OF LAW

The grading system at the Emory Law School is based on 50 to 100. A grade of [illegible] is failing. Grades from [illegible] are marginal. A cumulative average of 72 is required for good standing and for graduation. The approximate median average for our students is 78. Students with a semester average of 83 or higher make the Dean's List. Approximately 10 percent of our students have an average of 84 or above. Students who graduate with an average of 83 or above are said to graduate With Distinction. Letter grade equivalents are set out below.

The following is a chart of the current class percentiles as of the end of Spring semester 1987. Class percentiles are cumulative and are updated at the end of each semester.

LETTER GRADE EQUIVALENTS [illegible]

Class Percentiles Spring 1987

First Year Class

| | | |
|---|---|---|
| Top | 10% | 84.6 |
| Top | 20% | 82.7 |
| Top (1/4) | 25% | [illegible] |
| Top (1/3) | 33% | 80.6 |
| Top (1/2) | 50% | [illegible] |
| Top (2/3) | 67% | [illegible] |
| Top (3/4) | 75% | [illegible] |
| Total | | [illegible] |

Second Year Class

| | | |
|---|---|---|
| Top | 10% | 84.2 |
| Top | 20% | 82.5 |
| Top (1/4) | 25% | [illegible] |
| Top (1/3) | 33% | [illegible] |
| Top (1/2) | 50% | [illegible] |
| Top (2/3) | 67% | [illegible] |
| Top (3/4) | 75% | [illegible] |
| Total | | [illegible] |

Third Year Class

| | | |
|---|---|---|
| Top | 10% | [illegible] |
| Top | 20% | [illegible] |
| Top (1/4) | 25% | [illegible] |
| Top (1/3) | 33% | [illegible] |
| Top (1/2) | 50% | [illegible] |
| Top (2/3) | 67% | [illegible] |
| Top (3/4) | 75% | [illegible] |
| Total | | 207 |

RECEIVED [illegible]

IN ACCORDANCE WITH THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974 THE ENCLOSED INFORMATION IS PROVIDED [illegible] FOR YOUR USE AND IT MAY NOT BE RELEASED WITHOUT THE WRITTEN CONSENT OF THE STUDENT [illegible] OTHER INDIVIDUAL AGENCY OR ORGANIZATION [illegible] IN ANY FORM. IN NO CASE MAY THIS DOCUMENT BE REPRODUCED OR DISSEMINATED WITHOUT THE [illegible] CONSENT OF THE STUDENT AND EMORY UNIVERSITY. ALTERATION OF THIS TRANSCRIPT MAY BE [illegible] OFFENSE.

TRANSCRIPT KEY ON BACK

STND1073-01823

McDowell, Exh. 1, pg.9

# EMORY UNIVERSITY

**OFFICE OF THE REGISTRAR**
**Atlanta, GA 30322**
**Key to Transcript (1950 -)**

## I. EXPLANATION OF TERMS AND ABBREVIATIONS (1974 – Present)

| | |
|---|---|
| ALG | Hours attempted for letter grade |
| ASU | Hours attempted for Satisfactory/Unsatisfactory grade |
| AU | Audit |
| AVG | Grade Point Average |
| CUM | Cumulative |
| ELG | Hours earned letter grade |
| ESU | Hours earned Satisfactory/Unsatisfactory grade |
| EXM | Hours of credit granted by examination |
| GPA | Grade Point Average |
| HCF | Honor Council F (discontinued February 1969) |
| I | Incomplete |
| IF | Incomplete/Failure |
| IU | Incomplete/Unsatisfactory |
| OH | Other hours |
| P | Work in Progress |
| QP | Quality Points |
| QTR | Quarter |
| S | Satisfactory |
| SEM | Semester |
| TOT | Total credit hours |
| TR | Term |
| U | Unsatisfactory |
| W | Withdrew |
| WF | Withdrew failing |
| WU | Withdrew unsatisfactory (used in conjunction with S/U option) |
| XFR | Transfer credit |
| ? | Grade not submitted by instructor. |

## II. EXPLANATION OF GRADING SYSTEMS

### A. EMORY COLLEGE, OXFORD COLLEGE (LOCATED IN OXFORD, GA), BUSINESS

1950-1961 - Quarter system; 3-point grading system; Grades A, B, C, D. D received no credit.

1962-1967 - Quarter system; 4-point grading system; W and F initiated.

1967-1981 - Quarter system; 4-point grading system; S/U option instituted (credit but no quality points for S, no credit and no points for U).

Fall 1981-Spring 1982 – Quarter system; Plus/minus grading system adopted in Emory College:

| | | | |
|---|---|---|---|
| A = 4 points | B+ = 3.3 points | C+ = 2.3 points | D+ = 1.3 points |
| A- = 3.7 points | B = 3 points | C = 2 points | D = 1 point |
| | B- = 2.7 points | C- = 1.7 points | F = 0 points |

Summer 1982 – Changed to semester system; Grading system unchanged.

Fall 1982 – Semester system; Business School adopted plus/minus grading system; Emory College and Oxford College grading systems unchanged.

Summer 1988 – Master of Business Administration - Grading system changed to: DS = Distinction; HP = High Pass, PS = Pass, LP = Low Pass, NC = No Credit. No quality points or GPA, only hours attempted and earned. Bachelor of Business Administration, Emory College and Oxford College grading systems unchanged.

### B. DENTISTRY

1950-1951 – Quarter system; Grading system: A = 95-100, B = 88-94, C= 82-87, D= 75-81, E=60-74, F= below 60.

1951-1952 – Quarter system; Letter grade system A, B, C, D, E, F, I. E = Con[illegible] [illegible]l Failure.

1953-1975 – Quarter system; Grading system unchanged; grades issued yearly.

1976-1978 – Quarter system; Grading system unchanged; grades issued quarterly.

1979-Spring 1982 – Quarter system; Grades:

| | |
|---|---|
| 90-100 = Superior understanding | 60-69 = Conditional failure |
| 80-89 = Sound understanding | Below 60 = Failure |
| 70-79 = Minimal understanding | |

Summer 1982 – Changed to semester system; Grading system unchanged.

### C. ALLIED HEALTH

1970-Spring 1982 – Division established under the administration of the School of Medicine to provide training for professionals – other than physicians, nurses, and dentists – involved in health care. Quarter system; 4-point grading system; Grades A, B, C, and D receive credit; F, W, and WF receive no credit; S/U option allowed for certain courses; P given for work in progress; No CUM AVG.

Summer 1982 – Changed to semester system; Grading system unchanged.

Summer 1987 – Grading system unchanged; CUM AVG installed.

### D. GRADUATE ARTS & SCIENCES

1950-1954 – Quarter system; Grading system: S, C, D, F – D and F received no credit. S = Superior.

1955-1963 – Quarter system; Grading system changed to E = Excellent, G = Good, P = Passing, U = Unsatisfactory.

Winter 1964-Summer 1981 – Quarter system; Grading system changed to A = Superior, B = Satisfactory, C = Marginal, F = Unsatisfactory; No Grade Point Average.

Fall 1981-Spring 1982 – Quarter system; plus/minus grading system adopted.

Summer 1982 – Changed to semester system; grading system unchanged.

Summer 1987 – Grading system unchanged; CUM AVG installed.

### E. LAW

1950-Summer 1955 – Quarter system; 3-point grading system: A = 90-100, B = 80-89, C = 70-79, D = 60-69, F = Below 60; Only A, B, and C received quality points (3, 2, and 1, respectively).

Fall 1955-1958 – Semester system; Grading system unchanged.

Fall 1958-Summer 1962 – Semester system; Plus/minus grading system: A = 90-100 (3 Q.P.) B+ = 86-89 (2.5 Q.P.) C+ = 76-79 (1.5 Q.P.) D+ = 66-69 (0.5 Q.P.)

Fall 1962-Summer 1976 – Quarter system; Numerical grading system based on 50 to 100 with no letter grade equivalents.

1976 – Semester system; Grading system unchanged.

### F. MEDICINE

1950-Spring 1982 – Quarter system; 4-point grading system, Grades A, B, C, D, F; issued yearly.

Summer 1982 – Changed to semester system; Grading system unchanged.

Master of Public Health Grades – A, B, C, F.

### G. NURSING

1950-Spring 1982 – Quarter system; 4-point grading system, Grades A, B, C, D, F. BSN degree transcript accompanied by a Summary of Professional Study.

1955-1963 – Graduate Nursing grading system same as Graduate School of Arts & Sciences.

Summer 1982 – Changed to semester system; Grading system unchanged.

### H. THEOLOGY

1950-1978 – Quarter system; 4-point grading system: A, B, C, D, E, F. E = Conditional.

1979-Summer 1982 – Semester system; Grading system unchanged.

Fall 1982 – Semester system; plus/minus grading system adopted.

## III. NOTE ABOUT COURSE NUMBERS:

When Emory University adopted the semester system during the summer of 1982, courses were renumbered; please note this when evaluating the transcript of a student enrolled both before and after this change.

100-200 courses were undergraduate in Allied Health, Business, College, Nursing and Oxford through Spring 1982. Effective Summer 1982, these courses were renumbered as 100, 200, 300 and 400 level courses, except for the Nursing School which made this change effective Fall 1982.

300 and 400 courses were graduate level courses in Allied Health, Business, Dental, Graduate Arts and Sciences, Medicine, Nursing and Theology through Spring 1982. Graduate level Theology and Dental (D.D.S. program) are still numbered as 300 and 400 level. The other graduate and professional divisions are now numbered as follows:

500, 600 – Allied Health, Master of Public Health, Business, effective Summer 1982; Nursing, effective Fall 1982.

500, 600, 700, 900 – Post-professional Dental courses.

500, 700 – Graduate Arts and Sciences, effective Summer 1982.

500, 600, 700, 800 – Medicine (M.D. program), effective Summer 1982; Law School's numbering system has been and remains 500 to 800 level, primarily J.D. program; 900 level, primarily Master of Law program.

TO TEST FOR AUTHENTICITY: The face of this document has a blue background and the name of the institution appears in small print. Apply fresh liquid bleach to the sample background printed below. If authentic, the paper will turn brown.

EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY • EMORY UNIVERSITY

ADDITIONAL TEST: When photocopied, a security statement containing the institution name will appear prominently across the face of the entire document. ALTERATION OR FORGERY OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE! A black and white document is not an original and should not be accepted as an official institutional document. This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have additional questions about this document, please contact our office at (404) 727-6042.

U.S. Patent 5,171,040 SCRIP-SAFE® Security Produ[illegible]c., Cincinnati, OH



# THE UNIVERSITY OF GEORGIA

OFFICE OF THE REGISTRAR
ATHENS, GEORGIA 30602-6113

RAISED SEAL NOT REQUIRED
THIS OFFICIAL TRANSCRIPT IS PRINTED ON SECURITY PAPER AND DOES NOT REQUIRE A SEAL

Rebecca L. Macon
Registrar

| STUDENT NUMBER | STUDENT NAME |
|---|---|
| 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 | MCDOWELL, THEODORE NOYES JR |

| DATE PRINTED | PAGE NO. | TRANSCRIPT CONTROL NUMBER |
|---|---|---|
| 04/26/2005 | 1 OF 1 | 98661406 |

| DEGREE OBJ. | COLLEGE OR SCHOOL | MAJOR |
|---|---|---|
| MSW | SOCIAL WORK | SOCIAL WORK |

ISSUED TO: THEODORE MCDOWELL
3956 HARTS MILL LANE
ATLANTA GA 30319
COPIES 2

| SPECIAL REQUIREMENTS | REGENTS EXAM: ESSAY | REGENTS EXAM: READING | HISTORY | CONSTITUTION: FEDERAL | CONSTITUTION: GA | PHYSICAL EDUCATION |
|---|---|---|---|---|---|---|
| → | | | | | | |

| COURSE | DESCRIPTION | HOURS CARRIED | GRADE | HOURS EARNED | AVERAGE TERM | AVERAGE CUM |
|---|---|---|---|---|---|---|
| | UNIVERSITY SYSTEM OF GEORGIA IMMUNIZATION | | | | | |
| | EXEMPT FROM REQUIREMENTS | | | | | |
| | ADMITTED TO GRADUATE SCHOOL MSW DEGREE 04-14-80 | | | | | |
| | FALL QUARTER 1980 | | | | | |
| SW 601 | SW AS A PROFESSION | 1.0 | A | 1.0 | | |
| SW 602 | SOC WORK METHODS I | 5.0 | A | 5.0 | | |
| SW 641 | BASES OF SOC FUNCTI | 5.0 | A | 5.0 | | |
| SW 670 | SOC WELF POL N SERV | 5.0 | A | 5.0 | 4.00 | 4.00 |
| | WINTER QUARTER 1981 | | | | | |
| SW 603 | SOC WORK METHODS II | 5.0 | A | 5.0 | | |
| SW 642 | HBSE LAR SOC SYSTEM | 5.0 | A | 5.0 | | |
| SW 720E | SW WITH AGED | 3.0 | A | 3.0 | | |
| SW 832 | SW RESEARCH | 3.0 | A | 3.0 | 4.00 | 4.00 |
| | SPRING QUARTER 1981 | | | | | |
| SW 643 | CULT DIV & SW PRACT | 3.0 | A | 3.0 | | |
| SW 707 | SEM PRAC THEORY I | 3.0 | A | 3.0 | | |
| SW 710 | SOC WORK PRACT I | 10.0 | A | 10.0 | 4.00 | 4.00 |
| | SUMMER QUARTER 1981 | | | | | |
| SW 708 | SEM PRAC THEORY II | 3.0 | A | 3.0 | | |
| SW 711 | SW PRACTICUM II | 10.0 | A | 10.0 | | |
| SW 721E | AGED POLICY & REGUL | 3.0 | A | 3.0 | 4.00 | 4.00 |
| | FALL QUARTER 1981 | | | | | |
| SW 712 | SW PRACTICUM III | 10.0 | A | 10.0 | | |
| SW 790 | SEM SOC POL ANAL | 5.0 | A | 5.0 | 4.00 | 4.00 |
| | WINTER QUARTER 1982 | | | | | |
| SW 722E | SW WITH AGED ISSUES | 5.0 | A | 5.0 | | |
| SW 921 | RESEARCH PROBLEM | 5.0 | A | 5.0 | | |
| SW 944 | SEMINAR TREAT FAMIL | 5.0 | A | 5.0 | 4.00 | 4.00 |
| | WITHDREW UGA 5-5-82 | | | | | |
| | SPRING QUARTER 1982 | | | | | |
| P 600 | SEMINAR IN AGING | 5.0 | W | 0.0 | | |
| HNC 901 | INDEPENDENT STUDY | 5.0 | W | 0.0 | | |
| REC 738 | REC AND AGING | 5.0 | W | 0.0 | | 4.00 |

| COURSE | DESCRIPTION | HOURS CARRIED | GRADE | HOURS EARNED | AVERAGE TERM | AVERAGE CUM |
|---|---|---|---|---|---|---|
| | REQUIREMENTS COMPLETED MSW DEGREE 6-24-82 | | | | | |
| | GRADUATED AUGUST 23, 1982 MSW DEGREE | | | | | |
| | MAJOR SOCIAL WORK | | | | | |
| | GRADUATE COURSE AVG | | | | | 4.00 |
| | END OF RECORD | | | | | |

RECEIVED
MAR 1 0 2006
Employee Benefits Ltd

STND1073-01821

McDowell, Exh. 1, pg.11

# THE UNIVERSITY OF GEORGIA

REGISTRAR'S OFFICE
ATHENS, GEORGIA 30602-6113

## TRANSCRIPT GUIDE

**OTHER STUDENT RECORDS**
In addition to the academic record (transcript) The University of Georgia maintains official student records in four other areas.

Health Records, University Health Services
Conduct Records, Office of Judicial Programs
Placement Records, Career Services Center
Financial Aid Records, Student Financial Aid

Inquiries concerning these records should be made to the designated office, c/o The University of Georgia, Athens, Georgia 30602.

**ELIGIBILITY FOR READMISSION**
Unless a statement to the contrary is shown as the last entry on the record, a student is eligible for readmission. Students on academic probation may return any academic term. A student dismissed for the first time for academic deficiency may not reenroll until a full Fall or Spring term has elapsed. Normally a second academic dismissal is considered final.

**COURSE NUMBERS**
Courses numbered less than 1000 (1 to 99 under quarter system) are remedial or institutional credit only; those from 1000 to 1999 (100 to 199 under quarter system) are designed for freshman and sophomore (junior division) students; those numbered 2000 to 2999 (200 to 299 under quarter system) are mainly sophomore courses. Courses numbered 3000 to 3999 (300 to 399 under quarter system) are offered primarily for junior and senior students; courses taken by juniors and seniors along with graduate students carry the numbers 4000 to 5999 (400 to 599 under quarter system) for undergraduates and 6000 to 7999 (600 to 799 under quarter system) for graduate students. Courses numbered 8000 or 9000 (800 to 900 under quarter system) are for graduate students only. Course numbers followed by the letter "H" indicate courses taken in the Honors Program. "N" preceding course description indicates course work taken in the University Evening Classes for which resident credit is given. The course description prefixes "C" and "G" identify courses taken through the University System of Georgia Independent Study program. "E" preceding course description indicates credit by course challenge. "IS" preceding course description indicates In-Service courses. "AP" indicates Advanced Placement. "CE" and "CT" preceding course descriptions indicate credit by CLEP. Course descriptions with the suffix "*R*" indicate repeated courses. Repeated course work results in the forfeiture of the previous credit hours in that course; however, both courses are computed in the cumulative grade point average.

**GRADE SCALE EFFECTIVE FALL 1969**

| | | |
|---|---|---|
| A | - | Excellent |
| B | - | Good |
| C | - | Satisfactory |
| D | - | Passing |
| F | - | Failure |

*I Incomplete: This grade indicates that although a student was doing satisfactory work he/she was unable to complete the course for some reason beyond his/her control.

W This grade indicates that the student was permitted to withdraw from the course without penalty.

WF This grade indicates that the student was permitted to withdraw from the course while doing unsatisfactory work. The dropping of a course under these circumstances is equivalent to a failure. This grade is included in the academic average.

S This grade indicates satisfactory participation in certain required courses and basic physical education. Normally "S" grades are given in a limited number of professional, seminar, or graduate-level courses. Credit is included in hours earned. The grade is not included in the academic average.

U This grade indicates unsatisfactory performance in certain required courses in which "S" grades may normally be given. No credit is given in hours earned. The grade is not included in the academic average.

K Indicates credit by examination, effective Summer 1976.

AU Audit (used prior to Summer 1976).

V Audit (beginning Summer 1976).

NR Indicates that a grade was not received by the Registrar's Office in time for processing. The "NR" symbol is replaced by a grade upon receipt of an official grade change form from the instructor.

ER Error in Reporting. This grade indicates that the student did not follow the proper registration or withdrawal procedure. Failure to remove an "ER" by the end of the subsequent academic term will result in an automatic conversion to a "WF".

WM Military Withdrawal due to involuntary activation.

*Effective Summer 2000, grades of "I" not removed after three semesters will convert to an "F". Grades of "I" received Fall 1998 through Spring 2000 become "F" if not removed after two consecutive terms. Grades of "I" received Winter 1988 through Spring 1998 become "F" if not removed within the next three academic terms. (Grades of "I" received Summer 1998 must be removed by the end of Spring 1999.) Grades of "I" received between Summer 1976 and Fall 1987 inclusive become "F" if not removed by the end of the third academic term in residence after receiving the "I". Grades of "I" received between Fall 1973 and Spring 1976 inclusive became "F" at the end of one calendar year. Grades of "I" received prior to Fall 1973 remained "I" if not removed by grade changes.

Cumulative grade average is based on all residence hours attempted at the University exclusive of "S" and "U" grades.

**CONVERTING LETTER GRADES INTO NUMERICAL EQUIVALENT (GRADE POINT AVERAGE)**
Effective Fall 1969:
A, 4.0; B, 3.0; C, 2.0; D, 1.0; F, 0; WF, 0; W*; I*; S*; U*; AU*; V*; K*; ER*
(*Not Computed)

**CONVERSION SYSTEMS PRIOR TO FALL 1969**
Prior to Fall 1969, other letter grades were employed. These were:

| | Prior to Fall Quarter 1968 | Fall 1968-Summer 1969 | | Prior to Fall Quarter 1968 | Fall 1968-Summer 1969 |
|---|---|---|---|---|---|
| A+ | 98.0 | 4.50 | F | 53.0 | -0- |
| A | 93.0 | 4.00 | WF | 53.0 | -0- |
| B+ | 88.0 | 3.50 | W | * | * |
| B | 83.0 | 3.00 | I | * | * |
| C+ | 78.0 | 2.50 | S | * | * |
| C | 73.0 | 2.00 | AU | * | * |
| D+ | 68.0 | 1.50 | E** | 53.0 | -0- |
| D | 63.0 | 1.00 | | | |

* Not computed
** Not used in grading system after Summer 1968

**TO TEST FOR AUTHENTICITY:** The face of this document has a red background and the seal of the institution appears in small print. When photocopied in color or black and white, the word COPY appears prominently across the face of the entire document. ALTERATION OR FORGERY OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE! A black and white document is not an original and should not be accepted as an official institutional document. If you have additional questions about this document, please contact our office at (706) 542-4040.